■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY J. COSTNER, Appellant. (Appeal No. 1.) [649 NYS2d 876] —Judgment unanimously affirmed. Memorandum: The contention of defendant that his sentence is unduly harsh or severe does not survive his knowing, intelligent and voluntary waiver of his right to appeal (*see, People v Allen*, 82 NY2d 761, 763; *People v Stewart*, 222 AD2d 1111, *lv denied* 87 NY2d 977). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Attempted Reckless Endangerment, 2nd Degree.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY J. COSTNER, Appellant. (Appeal No. 2.) [649 NYS2d 877] —Judgment unanimously affirmed. Same Memorandum as in *People v Costner* ([appeal No. 1] 233 AD2d 935 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Attempted Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Fallon, Wesley, Davis and Boehm, JJ.